# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **ROBERT LOUIS BROWN,**<br><br>                      Plaintiff,<br><br>v.<br><br>**MARRIOTT INTERNATIONAL, ET AL.,**<br><br>                      Defendants. | **ORDER ADOPTING & AFFIRMING REPORT & RECOMMENDATION**<br><br>Case No. 2:19CV403-DAK-CMR<br><br>**Judge Dale A. Kimball**<br><br>**Magistrate Judge Cecilia M. Romero** |

       This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Cecilia M. Romero under 28 U.S.C. § 636(b)(1)(B). On February 24, 2020, Magistrate Judge Romero issued a Report and Recommendation, recommending: (1) Defendant Marriott's motion to dismiss [ECF No. 4] be granted and that Plaintiff's Complaint be dismissed with prejudice; (2) Plaintiff's motion for mandatory withdrawal [ECF No. 7] be denied; (3) Plaintiff's motion for a settlement conference [ECF No. 13] be denied as moot; and (4) Plaintiff be required to obtain prior approval from the court for any and all future lawsuits he wishes to file against Defendant Marriott or its employees, agents, and counsel.

       The Report and Recommendation notified the parties that any objection to the Report and Recommendation was required to be filed within fourteen days of receiving it. As of the date of this Order, which is past the time for filing objections, the court has not received any objections

to the Report and Recommendation.

The court has reviewed the case *de novo* and agrees with the analysis of the Report and Recommendation in its entirety. The court, therefore, adopts the Report and Recommendation as the Order of the court. Defendant's Motion to Dismiss is GRANTED, Plaintiff's Motion for Mandatory Withdrawal is DENIED, and Plaintiff's Motion for a Settlement Conference is DENIED. Plaintiff's Complaint is dismissed with prejudice, and Plaintiff is required to obtain prior approval from the court for any and all future lawsuits he wishes to file against Defendant Marriott or its employees, agents, and counsel.

DATED this 17th day of March, 2020.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge